# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 30, 2025

## NO. 03-24-00321-CV

**Sheryl Schey and Tim Schey, Appellants**

**v.**

**Eric Copper and KWI-1, Ltd., Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND CRUMP
REVERSED AND RENDERED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on February 16, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment, renders judgment that appellees take nothing on their claim for breach of contract against the Scheys, reverses the award of attorney's fees and costs to appellees, and remands the case to the trial court for consideration of the Scheys' claim for attorney's fees and costs. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.